IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC. and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>*Defendant*. | C.A. NO. 4:22-CV-00690 |

## STIPULATION OF DISMISSAL

Plaintiffs, Harley-Davidson Motor Company and Harley-Davidson Motor Company Group, LLC, and defendant, Federal Insurance Company, who are all of the parties who have appeared in this suit, file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. The parties stipulate to the dismissal of all claims that were, or could have been, asserted by or against each other in this action.

2. This case is not a class action, and a receiver has not been appointed.

3. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

4. Except as to the enforcement of the settlement agreement the parties have signed, this dismissal is with prejudice.

5. Each party agrees to bear its, his or her own attorneys' fees and costs.

6. This stipulation is intended to be effective upon filing as contemplated by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A proposed order nevertheless accompanies this stipulation if the Court should elect to enter an order for administrative or other purposes.

Respectfully submitted,

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
COZEN O'CONNOR
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905
E-mail: jziemianski@cozen.com

OF COUNSEL:

COZEN O'CONNOR

Rebecca N. Martinez
Texas State Bar No. 24116725
(Address, phone numbers and firm as above)
E-mail: rmartinez@cozen.com

ATTORNEYS FOR DEFENDANT,
FEDERAL INSURANCE COMPANY

*s/ T. Allon Renfro \*Signed by Permission*
Darin L. Brooks
Attorney-in-Charge
dbrooks@grayreed.com
Texas Bar No. 00796252
S.D. Tex. No. 22788
GRAY REED & MCGRAW LLP
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100

OF COUNSEL:

Kristen W. Kelly
kkelly@grayreed.com
Texas Bar No. 24046198
S.D. Tex. No. 690180
Brian E. Waters
bwaters@grayreed.com
Texas Bar No. 24078035
S.D. Tex. No. 2200214
GRAY REED & MCGRAW LLP
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100

T. Allon Renfro (*Pro Hac Vice*)
trenfro@smbtrials.com
Illinois Bar No. 630991
Madison Shepley (*Pro Hac Vice*)
mshepley@smbtrials.com
Illinois Bar No. 6333351
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 222-8225

ATTORNEYS FOR PLAINTIFFS HARLEY-DAVIDSON MOTOR COMPANY, INC. AND HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure on January 11, 2023.

             *s/ Joseph A. Ziemianski*
             Joseph A. Ziemianski