IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC. and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> *Defendant*. | § § § § § § § § § § § § § | C.A. NO. 4:22-CV-00690 |

## ORDER OF DISMISSAL

Plaintiffs, Harley-Davidson Motor Company and Harley-Davidson Motor Company Group, LLC, and defendant, Federal Insurance Company, have filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED**, that all claims that were, or could have been, asserted by or against the parties in this action are **DISMISSED**.

Except as to the enforcement of the settlement agreement the parties have signed, this dismissal is with prejudice.

Each party will bear its own attorneys' fees and costs.

All relief requested in this lawsuit and not expressly granted in this order is **DENIED**.

SIGNED on JAN 1 9 2023            , 2023.

_____
UNITED STATES DISTRICT JUDGE